UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| NANCY ESPINOSA-CARDENAS (AND HUSBAND, ANTONIO CARLOS ALVES), | 08-CV-002613-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| ALAN KASMAN DBA KASCO, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York      DICKSTEIN SHAPIRO LLP
       June 26, 2008

                              By:    /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.

DOCSNY-314102