Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

NANCY ESPINOSA-CARDENAS (AND              Index No.: 08-CV-2613
HUSBAND, ANTONIO CARLOS ALVES),
                                                                          **NOTICE OF ADOPTION OF ANSWER**
              Plaintiff(s),                              **TO MASTER COMPLAINT**

  -against-                                                    **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

              Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 8, 2008

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      AMERICAN EXPRESS COMPANY, AMERICAN
                                      EXPRESS BANK, LTD and AMERICAN
                                      EXPRESS TRAVEL RELATED SERVICES
                                      COMPANY, INC.

                                      By: _____
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267-3700

           All Defense Counsel